1030

[No. 67568-1-I. Division One. January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HEIDI JO COREY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04609-5, Stephanie A. Arend, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.

[No. 67569-9-I. Division One. January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. IBN RASUL AQUIL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00668-7, Richard A. Melnick, J., entered June 29, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 67630-0-I. Division One. January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ROBERT ENGLISH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01167-6, Diane M. Woolard, J., entered September 16, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 65648-1-I. Division One. January 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00484-6, Mary Yu, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.